IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALAN H. DONN | : | CONSOLIDATED UNDER |
| | : | MDL 875 |
| Plaintiff, | : | |
| | : | Transferred from the |
| v. | : | Southern District of New York |
| | : | (Case No. 10-00311) |
| | : | |
| A. W. CHESTERTON CO., INC., | : | E.D. PA CIVIL ACTION NO. |
| et al., | : | 2:10-CV-62071-ER |
| | : | |
| Defendants. | : | |

**FILED**

FEB 1 2012

MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

O R D E R

**AND NOW**, this **1st** day of **February, 2012**, it is hereby **ORDERED** that Defendants-CBS Corporation's and General Electric Company's Motion to Dismiss (ECF No. 33) is **DENIED**.

AND IT IS SO ORDERED.

_____
EDUARDO C. ROBRENO, J.